FILED FOR RECORD

2015 OCT 22 AM 8:01

ELLEN JAGGERS
DISTRICT CLERK
FRANKLIN COUNTY, TEXAS
BY:_____

No. F-8998

| | | |
|---|---|---|
| STATE OF TEXAS, *Plaintiff,* | § § § | IN THE DISTRICT COURT |
| v. | § § | 8TH JUDICIAL DISTRICT |
| TIMOTHY WADE MITLEFF, *Defendant.* | § § § § | FRANKLIN COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/22/2015 11:47:45 AM
DEBBIE AUTREY
Clerk

## MITLEFF'S NOTICE OF APPEAL

Defendant Timothy Wade Mitleff, by and through the undersigned trial counsel, files this notice of appeal to the Sixth Court of Appeals of the State of Texas at Texarkana from the judgment of conviction and sentence in said cause.

Mitleff files this notice within 30 days from the day when the trial court imposed sentence, which was on October 20, 2015.

Dated: October 20, 2015

Respectfully submitted,

*/s/ Wade A. Forsman*

By: _____

**Wade A. Forsman**
State Bar No. 07264257
P.O. Box 918
Sulphur Springs, TX 75483-0918
903.689.4144 Telephone-East Texas
972.499.4004 Telephone–Dallas/Fort Worth
903.689.7001 Facsimile
wade@forsmanlaw.com

**Attorney for Defendant Timothy Wade Mitleff**

## Certificate of Service

I certify that a copy of the foregoing document has been served upon all counsel of record pursuant to the Texas Rules of Civil Procedure on October 20, 2015, after 5:00 p.m., as follows:

Via E-Mail
Office of the District Attorney
ATTN: Matt Harris – **mharris@hopkinscountytx.org**
ATTN: Brenda Kerr – **bkerr@hopkinscountytx.org**
110 Main Street
Sulphur Springs, TX 75482

*/s/ Wade A. Forsman*

**Wade A. Forsman**